JS-5

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANUJ MAHENDRA PATEL,<br><br>          Petitioner,<br><br>   v.<br><br>BRYAN BURKHOLZ, Warden.<br><br>          Respondent. | Case No. 2:23-cv-06291-SSS-BFM<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

**ACCORDINGLY, IT IS ORDERED:**

1. The Report and Recommendation is accepted;
2. Petitioner's motion to reinstate his Petition is **GRANTED**;
3. The Court clerk is directed to reopen this action; and

//
//
//

1     4.     The Court Clerk shall serve this Order on all counsel or parties of record.

2     **IT IS SO ORDERED.**

4     DATED: December 12, 2023

                                            SUNSHINE S. SYKES
                                            United States District Judge