**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANUJ MAHENDRA PATEL,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>BRYAN BURKHOLZ, et al.<br><br>　　　　　Defendant. | Case No. 2:23-cv-06291-SSS-BFM<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections to the Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

　　　　Petitioner objects to the Report's finding that his outstanding claim remains unexhausted, arguing that the grievance procedure at his prison "is broken." (ECF No. 30 at 1.)  This objection is not persuasive, given that Petitioner did exhaust his initial claim without any impediment and had his

disciplinary finding of guilt set aside.  (ECF No. 26 at 9.)  As the Report noted, Petitioner can refile his outstanding claim in federal court after he attempts to exhaust it.  (*Id*. at 8.)

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. The Petition is denied.
3. Judgment shall be entered dismissing this action without prejudice.
4. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

**IT IS SO ORDERED.**

DATED: September 5, 2024

SUNSHINE S. SYKES
United States District Judge