JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANUJ MAHENDRA PATEL,<br><br>  Petitioner,<br><br>  v.<br><br>BRYN BURKHOLZ, WARDEN<br><br>  Respondent. | Case No. 2:23-cv-06291-SSS-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, **IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

DATED: September 5, 2024

_____
SUNSHINE S. SYKES
United States District Judge

-1-